UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IATRICE EDWARDS,
Individually and on Behalf
Of All Others Similarly Situated,

    Plaintiff,

CASE NO: 3:18-cv-00637-MMH-JRK

v.

CIS SERVICES, LLC, et. al.,

    Defendants.
_____/

## MOTION TO STRIKE CONSENT TO SUE FILED BY ANGELA DOUGLAS AND INCORPORATED MEMORANDUM OF LAW

Defendants, CIS Services, LLC; CIS Claims Services, LLC; CIS Group of Companies, LLC; CIS Group, LLC; and Michael E. Stanley (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(f), respectfully move to strike the consent to sue filed by Angela Douglas [DE 148] as untimely, and in support thereof state:

1. On or about November 16, 2018, this Court entered an Order granting Plaintiffs' Motion for Conditional Certification and setting the deadline for potential class members to opt-in for "no later than February 11, 2019." [DE 91, at 10].

2. On or about March 22, 2019, one month and eleven days after the Court's opt-in deadline, Plaintiffs filed a Consent to Sue Under the Federal Fair Labor Standards Act on behalf of potential class member, Angela Douglas. [DE 148].

3. The Consent to Sue by Angela Douglas [DE 148] was filed after the Court's deadline for potential class members to opt-in to this action, and thus Defendants respectfully request that it be stricken as untimely.

## MEMORANDUM OF LAW

Under Federal Rule of Civil Procedure 12(f), the district court may strike from a pleading "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." See Fed. R. Civ. P. 12(f). Striking is appropriate where, as here, a party fails to seek leave of court before filing an unauthorized pleading. See Rogers v. Hartford Life & Accident Ins. Co., 2012 WL 2395194, at *1 n.1 (S.D. Ala. June 22, 2012). The decision to strike a pleading rests with the district court's broad discretion. See Microsoft Corp. v. Jesse's Computers & Repair, Inc., 211 F.R.D. 681, 683 (M.D. Fla. 2002). Here, Plaintiffs filed the Consent to Sue by Angela Douglas [DE 148] well after the Court's opt-in deadline and without asking leave from the Court to do so or providing good cause to justify the untimeliness of the filing. Accordingly, Defendants respectfully request that it be stricken.

WHEREFORE, Defendants respectfully request the entry of an order striking the Consent to Sue by Angela Douglas [DE 148] and for such other and further relief as this Court deems proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g) I hereby certify that the counsel for the movant has conferred in good faith with counsel for Plaintiffs regarding their position on the relief requested herein, and that counsel for the Plaintiffs has advised that they object to the relief requested.

Respectfully submitted,

*/s/ Mary Ruth Houston*
FRANK A. ZACHERL, ESQ.
Florida Bar No. 869094
Email: fzacherl@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Blvd., Ste. 4100
Miami, FL 33131
Telephone: (305) 347-7305
Facsimile: (305) 347-7705

-AND-

MARY RUTH HOUSTON, ESQ.
Florida Bar No. 834440
Email: mhouston@shutts.com
JACLYN S. CLARK, ESQ.
Florida Bar No. 117652
Email: jclark@shutts.com
SHUTTS & BOWEN LLP
300 S. Orange Ave., Ste. 1600
Orlando, FL 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of April, 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Mary Ruth Houston*
Counsel

ORLDOCS 16811266 1